**Electronically Filed
Supreme Court
SCPW-25-0000075
18-SEP-2025
07:52 AM
Dkt. 49 ODMR**

SCPW-25-0000075

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

RIKA SHIMIZU, Petitioner,

vs.

THE HONORABLE LISA W. CATALDO,
Judge of the Circuit Court of the First Circuit,
State of Hawaiʻi, Respondent Judge,

and

R.T., a minor; TOMOKO MATSUKAWA; MINA TAKAMURA;
and TAKESHI NANBU, Respondents.

_____

ORIGINAL PROCEEDING
(CASE NO. 1CCV-20-0000521)

<u>ORDER DENYING MOTION FOR RECONSIDERATION</u>
(By: Recktenwald, C.J., McKenna, Eddins, and Ginoza, JJ.,
and Circuit Judge Copeland, in place of Devens, J., recused)

Upon consideration of the motion for reconsideration filed September 15, 2025, which seeks reconsideration of this court's August 25, 2025 order denying the petition for writ of mandamus or extraordinary writ,[1] and the record, this court has not

_____

[1] The last day to timely file a motion for reconsideration was extended to September 15, 2025.

overlooked or misapprehended points of law or fact.  <u>See</u> Hawaiʻi

Rules of Appellate Procedure Rule 40(b) (2000).

It is ordered that the motion for reconsideration is denied.

DATED:  Honolulu, Hawaiʻi, September 18, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna



/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Rebecca A. Copeland